# FINANCIAL DISCLOSURE REPORT

## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4 , Sec. 101-112)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Prost, Sharon | US Ct of Appeals, Fed Circuit | 05/21/2001 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. Report Type (check type) | 6. Reporting Period |
|---|---|---|
| Nominee - Circuit Judge | X Nomination, Date 05/21/2001<br><br>___ Initial ___ Annual ___ Final | 01/01/2000<br>to<br>04/30/2001 |

| 7. Chambers or Office Address<br>3275 Beech Street NW<br><br>Washington, DC 20015 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ |
|---|---|

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.

## I. POSITIONS (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|
| [X] NONE (No reportable positions.) | |
| 1 | |
| 2 | |
| 3 | |

## II. AGREEMENTS (Reporting individual only; see pp.14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| [X] NONE (No reportable agreements.) | |
| 1 | |
| 2 | |
| 3 | |

## III. NON-INVESTMENT INCOME (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| [X] NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |
| 3 | | |
| 1 | | |

| | FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br>Prost, Sharon | Date of Report<br>05/21/2001 |
|---|---|---|---|

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE<br>NONE (No such reportable reimbursements.) | DESCRIPTION |
|---|---|---|
| 1 | Exempt | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS
*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE<br>NONE (No such reportable gifts.) | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | Exempt | | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES
*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR<br>NONE (No reportable liabilities.) | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| 1 | First Union Mortgage Corporation - PO Box 900001 1100 Corporate Center Drive, Raleigh, NC 27607 | 1774 East West Highway Silver Spring, MD 20910 Mortgage on Rental Property Part VII | K |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

* VAL CODES: J=$15,000 or less    K=$15,001-$50,000    L=$50,001 to $100,000    M=$100,001-$250,000    N=$250,001-$500,000
O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting: Prost, Sharon

Date of Report: 05/21/2001

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | C. Gross value at end of reporting period (1) Value Code (J-P) | (2) Value Method Code (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Municipal Bonds (110,000) Chicago, IL Class RFDG | A | Interest | L | T | Exempt | | | | |
| 2 Municipal Bond (120,000) Oklahoma City, MIA WTR | A | Interest | L | T | Exempt | | | | |
| 3 Merrill Lynch Fundamental Growth Mutual Fund | A | Interest | L | T | Exempt | | | | |
| 4 Stock: May Dept. Store (75 Shares) | A | Dividend | J | T | Exempt | | | | |
| 5 Stock: Payless Shoes (8 shares) | A | Dividend | J | T | Exempt | | | | |
| 6 Stock: AOL (50 Shares) | A | Dividend | J | T | Exempt | | | | |
| 7 Stock: CISCO (80 Shares) | A | Dividend | J | T | Exempt | | | | |
| 8 Stock: DELL (125 Shares) | A | Dividend | J | T | Exempt | | | | |
| 9 Stock: General Electric (150 Shares) | A | Dividend | J | T | Exempt | | | | |
| 10 Stock: IDT Corp (35 Shares) | A | Dividend | J | T | Exempt | | | | |
| 11 Stock: INTEL (60 Shares) | A | Dividend | J | T | Exempt | | | | |
| 12 Stock: Pioneer II Inc. (1,163 Shares) | B | Interest | K | T | Exempt | | | | |
| 13 Stock: Small Cap World Fund (123 Shares) | A | Dividend | J | T | Exempt | | | | |
| 14 Stock: Sun Microsystems (160 Shares) | A | Dividend | J | T | Exempt | | | | |
| 15 Stock: Valence Tech Inc. (100 Shares) | A | Dividend | J | T | Exempt | | | | |
| 16 Stock: Verizon Comm. (218 Shares) | A | Dividend | J | T | Exempt | | | | |
| 17 Stock: Washington Gas (250 Shares) | A | Dividend | J | T | Exempt | | | | |

1 Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
(Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=$50,000,001 or more

3 Val Mth Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(Col. C2)    U=Book Value    V=Other    W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS — income, value, transactions    *(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) — *Place "(X)" after each asset exempt from prior disclosure.* | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18  Stock: WorldComm (372 Shares) | A | Dividend | J | T | Exempt | | | | |
| 19  Rental Property 1774 East West Highway Silver Spring, MD | D | Rent | L | W | Exempt | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |

| 1 Inc/Gain Codes: (Col. B1, D4) | A=$1,000 or less | B=$1,001-$2,500 | C=$2,501-$5,000 | D=$5,001-$15,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|
| | F=$50,001-$100,000 | G=$100,001-$1,000,000 | H1=$1,000,001-$5,000,000 | H2=$5,000,001 or more | |

| Val Codes: (Col. C1, D3) | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 | N=$250,001-$500,000 |
|---|---|---|---|---|---|
| | O=$500,001-$1,000,000 | P1=$1,000,001-$5,000,000 | P2=$5,000,001-$25,000,000 | P3=$25,000,001-$50,000,000 | P4=$50,000,001 or more |

| 3 Val Mth Codes: (Col. C2) | Q=Appraisal | R=Cost (real estate only) | S=Assessment | T=Cash/Market |
|---|---|---|---|---|
| | U=Book Value | V=Other | W=Estimated | |

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| | Prost, Sharon | 05/21/2001 |

## VIII.   ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _Sharon Prost_          Date 5-21-01

Note:       Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

---

### FILING INSTRUCTIONS

**Mail original and three additional copies to:**

**Committee on Financial Disclosure**
**Administrative Office of the United States Courts**
**One Columbus Circle, N.E.**
**Suite 2-301**
**Washington, D.C. 20544**

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement whtich itemizes in detail all assets (including bank accounts, realestate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | $59,267 | | | Notes payable to banks – secured | | | |
| U.S. Government securities – add schedule | | | | Notes payable to banks – unsecured | | | |
| Listed securities – add schedule | $291,011 | | | Notes payable to relatives | | | |
| Unlisted securities – add schedule | | | | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | $4,000 | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid tax and interest | | | |
| Doubtful | | | | Real estate mortgages payable – add schedule | $223,892 | | |
| Real estate owned – add schedule | $286,500 | | | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts – itemize: | | | |
| Autos and other personal property | $2,000 | | | | | | |
| Cash value – life insurance | | | | | | | |
| Other assets – itemize: | | | | | | | |
| Retirement / IRA Accounts | $98,616 | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | $227,892 | | |
| | | | | Net Worth | $509,502 | | |
| Total Assets | $737,394 | | | Total liabilities and net worth | $737,394 | | |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | $0 | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | $0 | | | Are you defendant in any suits or legal actions? | No | | |
| Legal Claims | $0 | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | $0 | | | | | | |
| Other special debt | $0 | | | | | | |